

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| ALBERTO GARCIA BONILLA | § | |
| YIMMINSON CAICEDO DIAZ | § | CRIMINAL NO.  1:22-CR-8-TH-1–7 |
| EDWIN JOSE PEREIRA ARROYO | § | |
| JAIME VIVANCO CUELLAR | § | |
| CARLOS VICENTE GUAGUA VASQUEZ | § | |
| JOHN JAIRO MORALES PARRAGA | § | |
| JONNY JAVIER CUERO SINISTERRA | § | |

## ORDER TRANSFERRING CASE

Based on the *Notice of Case Association*, [Clerk's Docket No. 24], and General Order No. 92-15, this criminal case is hereby **TRANSFERRED** to the docket of Judge Marcia Crone, Beaumont Division of the Eastern District of Texas.


   **SO ORDERED.**


   **SIGNED** this the 16 day of **February, 2022.**


Thad Heartfield
United States District Judge